McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Dana B. Denno, #227971
  dana.denno@mccormickbarstow.com
Nicholas H. Rasmussen, #285736
  nrasmussen@mccormickbarstow.com
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, STATE FARM
GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| NICHOLA FISSEL,<br><br>        Plaintiff,<br><br>        v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, an Illinois corporation, authorized to do business in California; and DOES 1 through 50, inclusive,<br><br>        Defendant. | Case No. 2:26-CV-00411-WBS-AC<br><br>**ORDER REMANDING THIS ACTION TO THE PLACER COUNTY SUPERIOR COURT PURSUANT TO THE TERMS OF THE PARTIES' STIPULATION** |

The Court having reviewed the parties' joint Stipulation to Limit Damages And Extend Time to Respond to Complaint by 30 Days After Remand, and considered the facts therein, the Court makes the following findings of fact and law:

1.    That pursuant to Plaintiff's stipulation that no judgment in this case will be entered in any amount above $74,999.99, inclusive of all general, special and punitive damages, as well as any post-trial award of costs and/or attorneys' fees, whether recoverable by statute or pursuant to *Brandt v. Superior Court* (1985) 37 Cal.3d 813, that Plaintiff does not seek and shall not recover any sum or value in excess of $75,000;

2.    That pursuant to the parties' stipulation, that the amount in controversy in this action does not exceed the sum or value of $75,000.

[PROPOSED] Order Granting Remanding This Action to the Placer County Superior Court Pursuant to the Terms of the Parties' Stipulation

NOW, THEREFORE, IT IS ORDERED THAT:

This matter is remanded for further proceedings in the Superior Court of Placer County subject to the terms of the parties' stipulation.

The Clerk of Court is Ordered to close this matter.

IT IS ORDERED.

Dated:  March 13, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

[PROPOSED] Order Granting Remanding This Action to the Placer County Superior Court Pursuant to the Terms of the Parties' Stipulation